NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY RAY DRAWDY,                )
                                  )
        Appellant,                )
                                  )
v.                                )      Case No. 2D18-99
                                  )
STATE OF FLORIDA,                 )
                                  )
        Appellee.                 )
_____  )

Opinion filed August 24, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.

Johnny Ray Drawdy, pro se.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and SILBERMAN and VILLANTI, JJ., Concur.